IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FOREST C. GREECE**<br>*Plaintiff*<br><br>v.<br><br>**BENJAMIN E. HEIST et al.**<br>*Defendants* | Civil No. 25-0867 |

### ORDER

**AND NOW**, this 20th day of February 2025, it appearing that Plaintiff has failed to file the disclosure statement required by Federal Rule of Civil Procedure 7.1(a)(2), it is **ORDERED** that Plaintiff shall file his disclosure statement no later than **February 27, 2025**.[1]

BY THE COURT:

_____
MARY KAY COSTELLO, J.

---

[1] Effective December 1, 2022, Federal Rule of Civil Procedure 7.1(a)(2) requires all parties in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a) to file a disclosure statement identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. Federal Rule of Civil Procedure 7.1(b)(1) requires the disclosure statement to be filed with the party's first appearance, pleading, petition, motion, response, or other request addressed to the court. We remind the parties of their continuing obligation under Federal Rule of Civil Procedure 7.1(b)(2) to "promptly file a supplemental statement if any required information changes."

Counsel may find this District's standard form on the Court's website:
https://www.paed.uscourts.gov/sites/paed/files/documents/forms/disclctzn.pdf