IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FOREST C. GREECE**<br>*Plaintiff*<br><br>v.<br><br>**BENJAMIN E. HEIST et al.**<br>*Defendants* | Civil No. 25-0867 |

## ORDER

AND NOW, this 17th day of July 2025, it is **ORDERED** that Plaintiff and Defendants shall file the disclosure statement required by Federal Rule of Civil Procedure 7.1(a)(2), no later than **July 24, 2025**.[1]

BY THE COURT:

*/s/ Mary Kay Costello*
MARY KAY COSTELLO
United States District Judge

---

[1] Effective December 1, 2022, Federal Rule of Civil Procedure 7.1(a)(2) requires all parties in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a) to file a disclosure statement identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. Counsel may find this District's standard form on the Court's website: https://www.paed.uscourts.gov/sites/paed/files/documents/forms/disclctzn.pdf