IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

FOREST C. GREECE        :
    Plaintiff(s)        :
 v.              :
BENJAMIN E. HEIST, ET AL.   : NO. 2:25-CV-00867-MKC
    Defendant(s)       :

### **DEFENDANT BENJAMIN HEIST'S MOTION FOR CONTEMPT**

  Defendant Benjamin Heist, by and through his attorneys Gerolamo, McNulty, Divis, Lewbart & Fox, hereby moves this Honorable Court to enter an Order of Contempt against Officer Ryan Shomo of the Chester Police Department based on Officer Shomo's refusal to honor a properly issued and served subpoena for deposition.

  In support of his Motion, Defendant Heist states the following:

  1. This lawsuit is a claim by Plaintiff Forrest Greece for a defamation, fraud and conspiracy. A copy of Plaintiff's Amended Complaint is attached hereto as Exhibit "A".

  2. Specifically, the incident underlying this lawsuit was a physical altercation in the late night or early morning hours of February 16th and 17th, 2024.

  3. As a result of that incident, Benjamin Heist was injured, including fracturing several teeth and fracturing his jaw.

  4. As the result of an investigation done by the Chester Police Department, which investigation was led by Officer Ryan Shomo, an arrest warrant was issued to two or three individuals, including Plaintiff Forrest Greece.

  5. After a preliminary hearing was held on the criminal charges, the District Justice dismissed all charges against Mr. Greece.

  6. Plaintiff claims that Officer Shomo's Affidavit of Probable Cause which led to the charges was based on one or more false statements made by Defendants.

7.      On or about, August 7, 2025, Officer Ryan Shomo was subpoenaed to appear for deposition on October 10, 2025. See attached Exhibit "B".

8.      In order to confirm that he would be appearing for deposition, defense counsel's office reached out to Officer Shomo on Wednesday October 8th.

9.      On October 9th, Officer Shomo called Defendant's paralegal and advised that he would not be appearing for a deposition, that he would never appear for a deposition and his reasons were based on the fact that he was concerned that Plaintiff was also going to pursue a civil suit against him.

10.     Officer Shomo's failure to honor a properly served subpoena is contempt of Court. See Fed.R.Civ.P.45(g).

11.     Officer Shomo is a critical, if not the critical, witness in the case.

12.     Officer Shomo has no legitimate reason to not honor the subpoena and not provide deposition testimony.

13.     As a police officer, who is more likely than not often subpoenaed to testify, Officer Shomo's failure to honor the subpoena is outrageous conduct.

14.     It is clear that the only way that Officer Shomo will appear (and certainly nothing is a guarantee) is if the Court enters an Order for contempt.

WHEREFORE, Defendant Benjamin Heist requests that his Motion be granted and that an Order be entered in the form attached to Defendant's Motion.

                              Respectfully submitted,

                              GEROLAMO, McNULTY, DIVIS, LEWBART & FOX

                              BY:   */s/ Kevin R. McNulty*
                                    KEVIN R. McNULTY
                                    Attorneys for Defendant
                                    Benjamin Heist