IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FOREST C. GREECE,**<br>*Plaintiff,*<br><br>v.<br><br>**BENJAMIN E. HEIST, et al.,**<br>*Defendants.* | Civil No. 25-0867 |

## ORDER

**AND NOW**, this 23rd day of October, 2025, upon consideration of Defendant Benjamin Heist's Motion for Contempt (ECF No. 21), which the Court treats as a motion to compel, it is hereby **ORDERED** as follows:

(1) Defendant's request for sanctions and attorney's fees is **DENIED.**

(2) Defendant's request for enforcement of the subpoena addressed to Officer Ryan Shomo of the Chester Police Department ("the Witness") is **GRANTED**. Unless a protective order is sought in advance, the Witness shall appear for a deposition in the office of counsel for Defendant Heist on November 14, 2025, beginning at 1:00 PM and bring with him a complete copy of the records requested in the subpoena previously served on the Witness. Failure to comply with this Order my result in contempt sanctions upon further application to the Court.

(3) Defendant Heist shall immediately serve a copy of the Order on the Witness via personal service and file proof of service with the Court no later than November 6, 2025.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge