## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FOREST C. GREECE,**<br>*Plaintiff,*<br><br>v.<br><br>**BENJAMIN E. HEIST, et al.,**<br>*Defendants.* | Civil No. 25-0867 |

### ORDER

**AND NOW**, this 15th day of December, 2025, it is hereby **ORDERED** that Defendant file with the Court "Attachment A" to the subpoena attached to Defendant's Motion for Contempt (ECF No. 23-4) no later than December 18, 2025.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge