**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FOREST C. GREECE,**<br>*Plaintiff,*<br><br>v.<br><br>**BENJAMIN E. HEIST, et al.,**<br>*Defendants.* | **Civil No. 25-867** |

**ORDER**

**AND NOW**, this 3rd day of September, 2026, upon consideration of Defendant's unopposed request to continue the arbitration hearing, it is hereby **ORDERED** that the arbitration hearing is rescheduled from September 10, 2026 to on or after October 19, 2026.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge